James S. Mula, Petitioner *v.* Commonwealth of Pennsylvania, Unemployment Compensation Board of Review, Respondent.

178

Argued September 14, 1979, before *Judges* CRUM-
LISH, JR., WILKINSON, JR. and CRAIG, sitting as a panel
of three.

*Albert Peter Durigon*, for appellant.

*David Confer*, Assistant Attorney General, for
appellee.

OPINION BY JUDGE CRUMLISH, JR., November 2,
1979:

James S. Mula, a manager for Ponderosa Steak
House[1] was terminated from his employment for
throwing a chair at a patron during an altercation.
The Unemployment Compensation Board of Review
denied benefits for willful misconduct chargeable
under Section 402(e)[2] of the Unemployment Compen-
sation Law. We affirm.

Mula contends that he escapes disqualification
under Section 402(e) because the patron initiated the
violence by punching him.

While we recognize Mula's right to defend himself
against physical assault, the record establishes that
his action was in retaliation for being hit rather than

---

[1] Ponderosa Systems, Inc.

[2] Act of December 5, 1936, Second Ex. Sess., P.L. (1937) 2897,
*as amended*, 43 P.S. §802(e).

self-defense and hence will not excuse his conduct. At the time the chair was thrown, the patron was standing ten to 15 feet away, was not advancing toward the claimant or making any other motion which would indicate additional assault.

Further, immediately surrounding the patron were several innocent by-standers who were put in danger of physical harm by the claimant's action. In light of Mula's special position as manager, training in customer relations, and his responsibility to maintain the safe and efficient management of the restaurant, his conduct fell far below that standard which his employer had a right to expect and is sufficient to constitute willful misconduct under Section 402(e).

Accordingly, we

ORDER

AND Now, this 2nd day of November, 1979, the decision of the Unemployment Compensation Board of Review denying benefits to James S. Mula is affirmed.